IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | CASE NO. 02-31092-H4-7 | |
| § | | |
| American Completion & § | (Chapter 7) | |
| Development Corp., § | | |
| § | | |
| Debtor § | | |

---

| | | |
|---|---|---|
| IN RE: § | CASE NO. 02-31093-H1-7 | |
| § | | |
| American Completion § | (Chapter 7) | |
| Program 1983-3, § | | |
| § | **SUBSTANTIVELY CONSOLIDATED** | |
| Debtor § | **UNDER CASE NO. 02-31092-H4-7** | |

## MOTION TO PAY FUNDS INTO THE REGISTRY OF THE COURT
## UNDER 11 U.S.C. §347(b)

TO THE HONORABLE JEFF BOHM UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW,** David Askanase, Trustee and files this Motion to Pay Funds into the Registry of the Court Under 11 U.S.C. §347(b) and would show unto the Court as follows:

The undersigned trustee reports the following:

_____ 1. The dividend(s) payable to the creditor(s) listed on Exhibit "A" attached hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__X__ 2. More than ninety (90) days have passed since the final distribution, and the dividend payable to the creditor listed on Exhibit "A" attached hereto remains unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable and 11 U.S.C. §347(b), the undersigned Trustee requests authorization to pay small and/or unclaimed funds in

the total amount shown on Exhibit "A" attached hereto for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 3041, et seq.).

Respectfully submitted,

BY:   */s/ David Askanase*
     David Askanase, Trustee
     SBN 01390000
     Three Allen Center
     333 Clay Street, 29th Floor
     Houston, Texas 77002
     (713) 759-0818 Telephone
     (713) 759-6834 Facsimile
     daskanase@hwa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion was served by U. S. mail, first class, postage prepaid, on the U. S. Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002 on this the _9th_ day of February, 2010.

     */s/ David Askanase*
     David Askanase, Trustee

**EXHIBIT "A"**

PLEASE CHECK ONE:

  _____        Small Dividends

  \_\_X\_\_        Unclaimed Funds

| Name and Address | Claim No. | Amount |
|---|---|---|
| Julia C. Davis<br>P. O. Box 2127<br>Coppell, Texas  75019-8127 | 40 | $ 3,364.29 |
| | TOTAL | $ 3,364.29 |