IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 02-31092-H4-7 |
| | § | |
| American Completion & | § | (Chapter 7) |
| Development Corp., | § | |
| | § | |
| Debtor | § | |

---

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 02-31093-H1-7 |
| | § | |
| American Completion | § | (Chapter 7) |
| Program 1983-3, | § | |
| | § | **SUBSTANTIVELY CONSOLIDATED** |
| Debtor | § | **UNDER CASE NO. 02-31092-H4-7** |

## ORDER

**CAME ON FOR CONSIDERATION,** the Trustee's Motion to Pay Funds into the Court Registry under 11 U.S.C. §347(b), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of same Motion is not required, therefore it is

**ORDERED**, that David Askanase, Trustee, is authorized to pay the funds in the amount of $ 3,364.29, which is more particularly described in Exhibit "A" attached hereto, now held by him in the above styled and numbered case, together with any accrued interest thereon, into the Registry of the Court.

**SIGNED** this the _____ day of _____, 2010.

_____
DEPUTY CLERK OF THE COURT

APPROVED:

 */s/ David Askanase*
David Askanase, Trustee
SBN 01390000
Three Allen Center
333 Clay Street, 29th Floor
Houston, Texas  77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
daskanase@hwa.com

**EXHIBIT "A"**

PLEASE CHECK ONE:

_____         Small Dividends

  X         Unclaimed Funds

| Name and Address | Claim No. | Amount |
|---|---|---|
| Julia C. Davis<br>P. O. Box 2127<br>Coppell, Texas  75019-8127 | 40 | $  3,364.29 |
| | TOTAL | $  3,364.29 |